WILLIAM F. KENNEDY, Individually and as a Member of International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local Union No. 456, and on Behalf of All Other Members Similarly Situated, Respondent, v. EDWARD DOYLE, Individually and as Occupant of the Office of

President of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of Amercia, Local Union No. 456, et al., Appellants.— In an action by plaintiff to set aside and annul a nomination and an election of officers and for judgment directing that a new nomination and election of officers be held by defendant union, defendants appeal from an order denying their motion for summary judgment, pursuant to rule 113 of the Rules of Civil Practice, and for judgment on the pleadings pursuant to section 476 of the Civil Practice Act. Order affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.